# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

UNITED STATES v. ROBERTO PEREZ          CRIM. NO.: 14-468-01

## PETITION FOR WRIT OF HABEAS CORPUS

(X) Ad Prosequendum            ( ) Ad Testificandum

1. **ROBERTO PEREZ: REG# 64994-050; DOB 07-13-1992;** (hereinafter the "Detainee") is now confined at the:

### UNION COUNTY JAIL

2. The Detainee is charged in this District by: ( ) **Indictment** ( ) **Complaint** (X) **Violation of Supervised Release**

3. The Detainee will be returned to the custody of the detaining facility upon termination of proceedings.

4. The Detainee will be required at the CLARKSON S. FISHER FEDERAL COURTHOUSE, 402 EAST STATE STREET, TRENTON, NEW JERSEY, before the Hon. Peter G. Sheridan, U.S.D.J., on **November 8, 2018 at 12:00 p.m.**, for a VOSR Hearing the above-captioned case. A Writ of Habeas Corpus should issue for that purpose.

DATED: November 5, 2018

R. JOSEPH GRIBKO
Assistant U.S. Attorney
Petitioner

## ORDER

Let the Writ Issue.

DATED: 11/6/18

_____
HON. PETER G. SHERIDAN, U.S.D.J.

## WRIT OF HABEAS CORPUS

The United States of America to Warden of UNION COUNTY JAIL WE COMMAND YOU that you have the body of

**ROBERTO PEREZ**

now confined at the UNION COUNTY JAIL, brought before the United States District Court, the Hon. PETER G. SHERIDAN, U.S.D.J., CLARKSON S. FISHER FEDERAL BUILDING and U.S. COURTHOUSE, TRENTON, NJ 08608 on **NOVEMBER 8TH, 2018 at 12:00 p.m.,** for VOSR Hearing in the above-captioned matter. Immediately upon completion of the proceedings, the Detainee will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable Peter G. Sheridan
United States District Judge
Trenton, New Jersey.

DATED: 11/6/18

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
Deputy Clerk